Nicholas H. Rodriguez
Douglas B. Catts
William D. Fletcher, Jr.
Craig T. Eliassen
Crystal L. Carey*
Scott E. Chambers**
Walt F. Schmittinger
B. Brian Brittingham***
Gary E. Junge****
Dianna E. Louder
Bonnie S. Gladu

*Also admitted in Maryland
**Also admitted in Maryland, D.C., and North Dakota
***Also admitted in New York
**** Also in Pennsylvania

Law Offices
## Schmittinger and Rodriguez, P.A.
414 South State Street
Post Office Box 497
Dover, Delaware 19901
Telephone (302) 674-0140
Fax (302) 674-1830

Harold Schmittinger
(1928 – 2008)
John J. Schmittinger
(1941 – 2011)

Rehoboth Beach Office
Wells Fargo Bank Building
18489 Coastal Highway, 2nd Flr
Rehoboth Beach, Delaware 19971
Telephone (302) 227-1400
Fax (302) 645-1843

Middletown Office
651 N. Broad Street, Ste 104
Middletown, Delaware 19709
Telephone (302) 378-1697
Fax (302) 378-1659

January 11, 2022

Honorable L. Felipe Restrepo
United States Court of Appeals
for the Third Circuit
Chambers – Suite 18163
601 Market Street
Philadelphia, PA 19106

   Re: Walton v. NAI Saturn Eastern, LLC (Safeway)
      Case No. 1:21-cv-00545-LFR

Dear Judge Restrepo:

   In connection with the above-referenced matter, enclosed please find a "filed" copy of Plaintiff's Answering Brief in Opposition to Defendant's Motion for Summary Judgment and Addendum to Joint Appendix which was filed with the Court on January 10, 2022.

Respectfully yours,

_____
DIANNA E. STUART

DES/jmc
Encl. (Via Efile and First Class U.S. Mail)

cc: Justin M. Forcier, Esq.
  (Letter Via Efile Only)